IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMES C. WILLIS,
        Plaintiff
  v.                                      **Judgment in a Civil Case**
DAVID W. KEYS; J. HAWKINS; S.
COLLIER; J. COURNEGEY; SHELIA
MITCHELL; W. COX; ALVIN W.
KELLER, JR.; ROBERT C. LEWIS; DAVID
WHITFIELD,
        Defendants.                     Case Number: 5:10-CT-3201-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that defendants Cournegey, Keller and Lewis having been dismissed earlier in the action , this action is hereby dismissed without prejudice as to the remaining defendants.

This Judgment Filed and Entered on December 23, 2011, with service on:
James C. Willis  0446104, Maury Correctional Institution, P.O. Box 506, Maury, NC  28554 (via U.S. Mail)
Lisa Y. Harper (via CM/ECF Notice of Electronic Filing)

December 23, 2011                                    /s/ Dennis P. Iavarone
                                                            Clerk

Raleigh, North Carolina